# United States Bankruptcy Court
## Southern District of Ohio

In re   **Robert J Stein**                                                        Case No.
                                              Debtor(s)          Chapter     **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **February 28, 2023**                          **/s/ Robert J Stein**
                                                                        **Robert J Stein**
                                                                        Signature of Debtor