IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
ROBERT J STEIN
2883 ALPINE TERRACE
CINCINNATI, OH  45208

CASE NO. 23-10333
CHAPTER 13
JUDGE BETH A. BUCHANAN

Debtor

---

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY IN A DISMISSED CASE INELIGIBLE FOR DISCHARGE

---

The above case having been dismissed on Dec 21, 2023, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

1. The case was filed on Mar 01, 2023. The case is submitted for closing as DISMISSED.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $132,000.00.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| BART W. ALFORD TRUSTEE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0001 | Dividend Paid: 100.00% | Interest Rate: 4.00% | | | |
| BACK LOT CARS, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 | Dividend Paid: 100.00% | Interest Rate: 4.00% | | | |
| CHERRYWOOD ENTERPRISES, LLC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: SEE DOC. #72 | | | | | |
| SUSAN TYLER EDE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0004 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| GENERAL ELECTRIC CREDIT UNION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0005 | Dividend Paid: 100.00% | Interest Rate: 4.00% | | | |
| GENERAL ELECTRIC CREDIT UNION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: BEGIN APRIL 2023 | | | | | |
| GENERAL ELECTRIC CREDIT UNION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: SEE PREPETITION ARREARS | | | | | |
| ERIC MISCHELL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 100.00% | Interest Rate: 6.00% | | | |
| COMMENT: TO AVOID | | | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| ORION PORTFOLIO SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 100.00% | Interest Rate: 6.00% | | | |
| COMMENT: TO AVOID | | | | | |
| SCHMIDT AND ASSOC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 100.00% | Interest Rate: 6.00% | | | |
| COMMENT: TO AVOID | | | | | |
| MATTHEW CHASAR, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| GRAYDON HEAD & RITCHEY | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| MATTHEW RICH | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| DINSMORE & SHOHL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| SURDYK, DOWD & TURNER CO, LPA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| MARK VOLLMAN | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| HAMILTON COUNTY TREASURER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| ATTORNEY GENERAL-STATE OF OHIO | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| RAYMOND HAMMOND | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| HS FINANCIAL GROUP LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| HS FINANCIAL GROUP LLC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| JEFFREY KOBERG, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| LAW OFFICE OF DOUGLAS HAMAN, ESQ., LLC. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: GENERAL ELECTRIC CREDIT UNION | | | | | |
| ACAR LEASING LTD | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0024 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: GM FINANCIAL LEASING | | | | | |
| SURDYK, DOWD & TURNER CO, LPA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: ORION PORTFOLIO | | | | | |
| SURDYK, DOWD & TURNER CO, LPA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: ORION PORTFOLIO | | | | | |
| GRAYDON HEAD & RITCHEY | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: CHERRYWOOD ENTERPRISES, LLC. | | | | | |
| DINSMORE & SHOHL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: ERIC MISCHELL | | | | | |
| TIMOTHY M. SULLIVAN, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0029 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: H & S FINANCIAL | | | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| REARDON & CHASAR, LPA. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0030 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: BART W. ALFORD, TRUSTEE | | | | | |
| B & W GOLF CARS, INC. | UNSECURED CREDITOR | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0031 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIN. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $35,812.38 and was paid $35,812.38.
The Trustee was paid $8,827.50 pursuant to 11 U.S.C. 1302.
The Trustee was paid $0.00 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $87,360.12.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with Fed.R.Bankr.P.5009(a).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

        Respectfully submitted,

/s/   Margaret A. Burks, Esq.
     Margaret A. Burks, Esq.
     Chapter 13 Trustee
     Attorney No. OH 0030377

     Francis J. DiCesare, Esq.
     Staff Attorney
     Attorney No. OH 0038798

     Tammy E. Stickley, Esq.
     Staff Attorney
     Attorney Reg No. OH 0090122

     600 Vine Street, Suite 2200
     Cincinnati, OH 45202
     (513) 621-4488
     (513) 621 2643 (Facsimile)
     mburks@cinn13.org - Correspondence only
     fdicesare@cinn13.org
     tstickley@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Certification of Final Payment and Case History was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **first class mail** on March 07, 2024 addressed to:

Debtor(s)
ROBERT J STEIN
2883 ALPINE TERRACE
CINCINNATI, OH  45208

/s/   Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.